936

No. 04–8741.  SCHOMAKER *v.* NALLEY, WARDEN.  C. A. 2d Cir. Certiorari denied.

No. 04–8752.  CAMPBELL *v.* UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 04–8753.  SHERRILL *v.* COMMANDANT, UNITED STATES DISCIPLINARY BARRACKS, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 04–8756.  SMITH *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 04–8767.  VELA-SALINAS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 04–8772.  LANE *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 04–8774.  MILLNER *v.* UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 04–8777.  EARNEST *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 04–8779.  LEVY *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 04–8785.  BURGIN *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 04–8786.  BROWN *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 04–8828.  ANDREWS *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 04–8829.  ANTRIM *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.